Case 1:09-cv-21963-JLK   Document 10   Entered on FLSD Docket 07/...

A CERTIFIED TRUE COPY
ATTEST

By Jakeia Mells on Jun 30, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 12, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 10, 2009, the Panel transferred three civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.2d__ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable James Lawrence King.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge King.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of June 10, 2009, and, with the consent of that court, assigned to the Honorable James Lawrence King.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 30, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By __Gracie Gomez__
Deputy Clerk
Date __07/02-09__

**IN RE: CHECKING ACCOUNT**
**OVERDRAFT LITIGATION**                                            MDL No. 2036

**SCHEDULE CTO-1 - TAG-ALONG ACTIONS**

**DIST.**   **DIV.**   **C.A. #**        **CASE CAPTION**

ARIZONA
  ~~AZ~~   ~~4~~   ~~09-75~~   ~~Georgio Churchwell v. Wells Fargo Bank, N.A., et al.~~
                                         **Opposed 6/29/09**

CALIFORNIA NORTHERN
  ~~CAN~~   ~~3~~   ~~07-5923~~   ~~Claudia Sanchez, et al. v. Wells Fargo & Co., et al.~~
                                          **Opposed 6/26/09**
  CAN   3   09-2186   Steve Yourke, et al. v. Bank of America, N.A., et al.

COLORADO
  ~~CO~~   ~~1~~   ~~09-253~~   ~~Lynn Egan v. Wells Fargo & Co., et al.~~ **Opposed 6/29/09**

GEORGIA NORTHERN
  GAN   1   06-560   Ken Vollmer v. Wachovia Bank, N.A.

NEW JERSEY
  ~~NJ~~   ~~2~~   ~~09-2138~~   ~~Daniel Dachille, et al. v. Bank of America, N.A., et al.~~
                                          **Opposed 6/26/09**

NEVADA
  ~~NV~~   ~~3~~   ~~09-65~~   ~~Diane Mortenson v Wells Fargo Bank, N.A., et al.~~
                                         **Opposed 6/29/09**